**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 11-2261

———————

SHAWN ANDRE THOMAS,

    Plaintiff - Appellant,

        v.

FREDERICK COUNTY GOVERNMENT; THERESA M. ADAMS, Judge; JOHN
H. TISDALE, Judge,

    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:11-cv-02907-WDQ)

———————

Submitted:  March 15, 2012          Decided:  March 19, 2012

———————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Shawn Andre Thomas, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Andre Thomas appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thomas v. Frederick Cnty. Gov't</u>, No. 1:11-cv-02907-WDQ (D. Md. Oct. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>